# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TERESA FORTIN,** | ) | |
| **LORENZO ESTRELLA** and | ) | |
| **IGNACIO FIGEROA,** | ) | |
| | ) | |
| Plaintiffs, | ) | **8:07CV405** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **UNITED FOOD & COMMERCIAL** | ) | |
| **WORKERS, LOCAL NO. 271,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Jerome Okolo to withdraw as counsel for the plaintiffs (Filing No. 22).[1] Mr. Okolo states he is relocating out of state to pursue opportunities outside the practice of law. On June 20, 2008, the court gave the plaintiffs an opportunity to oppose the motion or obtain new counsel until July 21, 2008. **See** Filing No. 23. Mr. Okolo personally served his motion on the plaintiffs on June 24, 2008. **See** Filing No. 24. The plaintiffs have not filed any response to the motion and no substitute counsel has yet entered an appearance. However, there is no evidence in the record Mr. Okolo served a copy of the court's June 20, 2008 order on the plaintiffs. Under the circumstances, the court will allow the plaintiffs some additional time to comply with the court's order. Accordingly,

**IT IS ORDERED:**

1. Jerome Okolo's motion to withdraw (Filing No. 22) is held in abeyance.
2. The plaintiffs shall have to **on or before September 2, 2008**, to respond to the motion to withdraw by filing a brief with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted. If the motion to withdraw is granted and substitute counsel has not entered

---

[1] As a convenience, this document contains certain cross-document hyperlinks to documents previously filed in this case. The hyperlinked documents appear in blue underlined text. The hyperlinks may be accessed without PACER fees by use of the public computer terminal in the Clerk's office.

an appearance, the plaintiffs will be considered proceeding *pro se* and counsel for the defendant may communicate with the plaintiffs directly regarding this case.

    3.    The Clerk of Court shall mail a copy of this order to each of the plaintiffs at their last known addresses:

| Ignacio Figeroa | Teresa Fortin | Lorenzo Estrella |
|---|---|---|
| 1309 Logan | 818 S. 8th Street | 108 4th Street, #302 |
| Norfolk, NE  68701 | Norfolk, NE  68701 | Norfolk, NE  68701 |

DATED this 12th day of August, 2008.

                              BY THE COURT:

                              s/Thomas D. Thalken
                              United States Magistrate Judge