## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TERESA FORTIN, | ) | |
| LORENZO ESTRELLA and | ) | |
| IGNACIO FIGEROA, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:07CV405 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED FOOD & COMMERCIAL | ) | |
| WORKERS, LOCAL NO. 271, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Jerome Okolo to withdraw as counsel for the plaintiffs (Filing No. 22).[1] Mr. Okolo states he is relocating out of state to pursue opportunities outside the practice of law. On June 20, 2008, the court gave the plaintiffs an opportunity to oppose the motion or obtain new counsel until July 21, 2008. **See** Filing No. 23. Mr. Okolo personally served or mailed his motion to the plaintiffs on June 24, 2008. **See** Filing No. 24. There being no evidence in the record that counsel served the court's order on the plaintiffs, on August 12, 2008, the court extended the deadline and mailed a copy of the order to each plaintiff at their addresses contained in the record. **See** Filing No. 25. The plaintiffs have not filed any response to the motion and no substitute counsel has yet entered an appearance. Accordingly,

**IT IS ORDERED:**

1.  Jerome Okolo's motion to withdraw (Filing No. 22) is granted. The Clerk of Court shall discontinue any notice of this case to Mr. Okolo.

2.  The plaintiffs are hereby considered proceeding *pro se* and counsel for the defendant may communicate with the plaintiffs directly regarding this case.

---

[1] As a convenience, this document contains certain cross-document hyperlinks to documents previously filed in this case. The hyperlinked documents appear in blue underlined text. The hyperlinks may be accessed without PACER fees by use of the public computer terminal in the Clerk's office.

3. The Clerk of Court shall reassign this case to the pro se docket in accordance with General Order No. 2007-13.

4. The Clerk of Court shall send a copy of this order to each of the plaintiffs at their last known addresses:

| | | |
|---|---|---|
| Ignacio Figeroa | Teresa Fortin | Lorenzo Estrella |
| 1309 Logan | 818 S. 8th Street | 1309 Logan |
| Norfolk, NE  68701 | Norfolk, NE  68701 | Norfolk, NE  68701 |

DATED this 3rd day of September, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge