```
               IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| TERESA FORTIN, LORENZO ESTRELLA and IGNACIO FIGEROA, | ) ) ) | |
| Plaintiffs, | ) ) | 8:07CV405 |
| v. | ) ) | |
| UNITED FOOD & COMMERCIAL WORKERS, LOCAL NO. 271, | ) ) ) | ORDER |
| Defendant. | ) ) | |

The parties have not submitted a proposed order on final pretrial conference as directed in the order of December 10, 2008 (filing no. 29).

IT THEREFORE HEREBY IS ORDERED,

1. The pretrial conference that was set for June 2, 2009 is cancelled.

2. The parties are given until June 28, 2009 to submit the proposed final pretrial conference order, in the absence of which this case will be subject to dismissal.

DATED this 28th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge